FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E D N.Y
★ DEC 4 - 2008 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEFFREY THIGPEN,

           Petitioner,

- against -

WILLIAM BROWN, Superintendent of
Eastern Correctional Facility,

           Respondent.
-----------------------------------------------------------X

ORDER

06 CV 3110 (NG) (VVP)

**GERSHON, United States District Judge:**

Magistrate Judge Viktor V. Pohorelsky has recommended denial of petitioner's petition for a writ of habeas corpus challenging a state court conviction. Report and Recommendation ("R&R") dated September 26, 2008. Petitioner objects to the conclusions of the R&R, and therefore, the court has engaged in *de novo* review. Upon that review, the court finds the objections to be without merit. Judge Pohorelsky has thoroughly and properly analyzed the myriad issues raised by the petition. His R&R is hereby adopted by the court.

The petition for a writ of habeas corpus is denied. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253.

                                                                       SO ORDERED.

                                                                       S/NG
                                                                      **NINA GERSHON**
                                                                      **United States District Judge**

Dated: Brooklyn, New York
       November ___, 2008
       December 2